HAROLD SHAW, PLAINTIFF-APPELLANT, v. MAYOR AND TOWNSHIP COMMITTEE OF THE TOWNSHIP OF WAYNE, DEFENDANTS-RESPONDENTS.

Argued October 9 and 10, 1961—Decided October 23, 1961.

*Mr. Howard Stern* argued the cause for the appellant (*Messrs. Hofstra & Hofstra,* attorneys).

*Mr. Peter J. Van Norde* argued the cause for the respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Goldmann in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.